**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

        ☒    Diversity

        ☒    Federal Question

        ☒    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

        ☐    Other:_____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

        Kidney Cancer
        Testicular Cancer
        Thyroid Disease
        Ulcerative Colitis
        Liver Cancer
        Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: __09/01/2025__                    Respectfully Submitted,

                                         AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

                                         _/s/ Douglass A. Kreis_____
                                         Douglass A. Kreis
                                         Bryan F. Aylstock
                                         Justin G. Witkin
                                         dkreis@awkolaw.com
                                         baylstock@awkolaw.com
                                         jwitkin@awkolaw.com
                                         17 East Main Street, Suite 200
                                         Pensacola, FL 32502
                                         Phone: (850) 202-1010

                                         *Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Acosta, Tommy (D) | 2/24/1970 | TX | Western District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 2. | Acosta, Barbara, ind., and o/b/o Tommy Acosta (d) | | TX | Western District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 3. | Anderson, Jason | 1/20/1977 | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Araujo, Luciane (D) | 4/25/1970 | NY | Eastern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 5. | Araujo, Jose, ind., and o/b/o Luciane Arujo (d) | | NY | Eastern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 6. | Ashford, Johnnie Ray (D) | 10/30/1954 | TN | Middle District of Tennessee | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 7. | Ashford, Toni Dian, ind., and o/b/o Johnnie Ray Ashford (d) | | TN | Middle District of Tennessee | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Bacon, Michael | 7/26/1960 | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Barcon, Patricia | 8/5/1966 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Barnhardt, Florence | 11/11/1949 | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Bishop, Georgia (D) | 12/29/1957 | TX | Southern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 12. | Harwell, Jordana, ind., and o/b/o Georgia Bishop (d) | | TX | Southern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 13. | Bragg, Nelda June (D) | 7/7/1952 | OH | Southern District of Ohio | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 14. | Hatfield, Kate, ind., and o/b/o Nelda June Bragg (d) | | OH | Southern District of Ohio | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 15. | Bricker, Robert (D) | 1/16/1960 | TX | Western District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 16. | Bricker, Tina, ind., and o/b/o Robert Bricker (d) | | TX | Western District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 17. | Carranza, Ralph | 10/14/1971 | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Casey, Alicia | 3/26/1977 | AK | District of Alaska | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | Chavez, Isis | 9/10/1973 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Chenevert, Stella (D) | 1/12/1949 | TX | Southern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 21. | Chenevert, Raymond, ind., and o/b/o Stella Chenevert | | TX | Southern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 22. | Chitnis, Rahul (D) | 5/21/1966 | TX | Northern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 23. | Chitnis, Shilpa, ind., and o/b/o Rahul Chitnis (d) | | TX | Northern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 24. | Courtney, Heather | 8/18/1984 | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Crone, David (D) | 4/24/1953 | MO | Western District of Missouri | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 26. | Crone, Vicky, ind., and o/b/o David Crone (d) | | MO | Western District of Missouri | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 27. | Delong, Darin | 8/13/1967 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Denman, Sandra | 8/28/1981 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Diaz, Rebecca | 5/24/1960 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Domokos, Istvan (D) | 8/27/1942 | TX | Southern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 31. | Domokos, Julianna, ind., and o/b/o Istvan Domokos (d) | | TX | Southern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 32. | Edison, Rodney | 5/3/1963 | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | France, Richard (D) | 9/21/1960 | VA | Eastern District of Virginia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 34. | France, Angela, ind., and o/b/o Richard France (d) | | VA | Eastern District of Virginia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 35. | Frew, David Ross (D) | 9/21/1956 | TN | Middle District of Tennessee | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 36. | Frew, Diana, ind., and o/b/o David Ross Frew (d) | | TN | Middle District of Tennessee | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 37. | Gaal, Patricia | 11/17/1950 | AZ | District of Arizona | | X | | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Gallop, Larry Lee (D) | 8/31/1958 | VA | Eastern District of Virginia | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 39. | Smith Goffigan, Mary, ind., and o/b/o Larry Lee Gallop (d) | | VA | Eastern District of Virginia | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 40. | Garst, Gerald | 8/17/1942 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Gonzalez, Jenny | 3/6/1969 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Gooby, Karen | 11/18/1965 | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Graf-Sidiropoulos, Anthony (D) | 9/2/1955 | VA | Eastern District of Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 44. | Graf-Sidiropoulos, Nancie, ind., and o/b/o Anthony Graf-Sidiropoulos (d) | | VA | Eastern District of Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 45. | Griffith, Terry (D) | 10/3/1955 | PA | Western District of Pennsylvania | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 46. | Griffith, David, ind., and o/b/o Terry Griffith (d) | | PA | Western District of Pennsylvania | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 47. | Guzman, Laura | 10/1/1959 | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Halpain, Wendy | 9/7/1977 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 49. | Ham, Susan (D) | 10/11/1950 | TX | Western District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 50. | Ham, Lisa, ind., and o/b/o Susan Ham (d) | | TX | Western District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 51. | Hammack, Patrick (D) | 11/29/1963 | WV | Northern District of Western Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 52. | Hammack, Tina, ind., and o/b/o Patrick Hammack (d) | | WV | Northern District of Western Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 53. | Hansen, Ludie | 12/24/1964 | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Henson, Tiffany | 2/14/1969 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Hindmarsh, Dennis (D) | 8/16/1960 | WA | Western District of Washington | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 56. | Hindmarsh, Terri, ind., and o/b/o Dennis Hindmarsh (d) | | WA | Western District of Washington | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 57. | Hooper, Ruan (D) | 6/7/1961 | NC | Eastern District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Hooper, Yvette, ind., and o/b/o Ruan Hooper (d) | | NC | Eastern District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 59. | Howard, Christine Legros | 10/15/1970 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Husted, Kathy | 9/15/1974 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Hutchins, Christie | 3/8/1985 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Iverson, Deborah | 7/19/1955 | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Jacobs, Rachael Lena (D) | 11/5/1977 | NC | Eastern District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 64. | Johnson, Jennifer, ind., and o/b/o Rachael Lena Jacobs (d) | | NC | Eastern District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 65. | Jalili, Maria | 5/29/1943 | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Jaquith, Edward (D) | 9/4/1940 | NY | Western District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 67. | Jaquith, Donna, ind., and o/b/o Edward Jaquith (d) | | NY | Western District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 68. | Johnson, Kristine | 4/11/1993 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Judd, Mindy | 9/9/1976 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Kadlec, Rex (D) | 7/14/1951 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 71. | Mischler, Amie, ind., and o/b/o Rex Kadlec (d) | | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 72. | Kalweit, Kimberly | 8/15/1983 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Keohane, Scott | 3/26/1974 | AZ | District of Arizona | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Kern, Joseph | 9/4/1969 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Ketchmark, Kallysta | 5/11/1992 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Lewis, Mack (D) | 12/1/1948 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 77. | Little, Brenda, ind., and o/b/o Mack Lewis (d) | | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 78. | Lorenzen, Donna | 7/24/1961 | AK | District of Alaska | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Lusby, James (D) | 1/20/1963 | TN | Eastern District of Tennessee | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Lusby, Melinda, ind., and o/b/o James Lusby (d) | | TN | Eastern District of Tennessee | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 81. | Mahfouz, Omar | 12/26/1989 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Mainwaring, Harry | 6/9/1950 | AZ | District of Arizona | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Marte, Lissette | 3/1/1972 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Martin, Charles Keith (D) | 1/10/1974 | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 85. | Knapp, Cassandra, ind., and o/b/o Charles Keith Martin (d) | | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 86. | Martin, Lolita (D) | 2/7/1951 | WV | Southern District of West Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 87. | Mitchell, Diana, ind., and o/b/o Lolita Martin (d) | | WV | Southern District of West Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 88. | Martin, Matthew (D) | 8/1/1950 | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 89. | Martin, Pamela Williams, ind., and | | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | o/b/o Matthew Martin (d) | | | | | | | | |
| 90. | McCloud, Robert | 5/23/1969 | AZ | District of Arizona | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | McCrayer, Rosie (D) | 7/30/1961 | TX | Northern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 92. | Jerkins, Geneva, ind., and o/b/o Rosie McCrayer (d) | | TX | Northern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 93. | McIntosh, Renee | 3/16/1984 | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | McLaren, Scott | 7/11/1959 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Mitchell, Violet Ruth (D) | 7/14/1935 | OH | Northern District of Ohio | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 96. | Milks, Rita, ind., and o/b/o Violet Ruth Mitchell (d) | | OH | Northern District of Ohio | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 97. | Morrill, Alfred (D) | 7/5/1941 | WA | Western District of Washington | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 98. | Freeman, Lee Ann, ind., and o/b/o Alfred Morrill (d) | | WA | Western District of Washington | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 99. | Mulhern, Francis (D) | 7/23/1956 | PA | Eastern District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 100. | Mulhern, Tina, ind., and o/b/o Francis Mulhern (d) | | PA | Eastern District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 101. | Myers, Freddie (D) | 1/27/1944 | NC | Middle District of North Carolina | | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 102. | Myers, Beverly, ind., and o/b/o Freddie Myers (d) | | NC | Middle District of North Carolina | | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 103. | Napier, Susie (D) | 1/12/1962 | MS | Southern District of Mississippi | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 104. | Napier, Greg, ind., and o/b/o Susie Napier (d) | | MS | Southern District of Mississippi | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 105. | Norris, Linda (D) | 5/25/1942 | TX | Northern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 106. | Payne, Michelle, ind., and o/b/o Linda Norris (d) | | TX | Northern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 107. | Paquette, Bernard (D) | 9/12/1949 | PA | Eastern District of Pennsylvania | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 108. | Paquette, Michael, ind., and o/b/o Bernard Paquette (d) | | PA | Eastern District of Pennsylvania | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 109. | Parker, Charles D. (D) | 10/28/1965 | VA | Western District of Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 110. | Parker, Crystal, ind., and o/b/o Charles D. Parker (d) | | VA | Western District of Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 111. | Pearce, Clinton (D) | 1/20/1933 | NC | Middle District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 112. | Pearce, Sandra, ind., and o/b/o Clinton Pearce (d) | | NC | Middle District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 113. | Pearson, Randall (D) | 9/8/1953 | TX | Eastern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 114. | Pearson, Debbie, ind., and o/b/o Randall Pearson (d) | | TX | Eastern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 115. | Pedroza, David (D) | 12/12/1942 | MO | Western District of Missouri | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Pedroza, Terri, ind., and o/b/o David Pedroza (d) | | MO | Western District of Missouri | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 117. | Puente, Ruben F. (D) | 3/16/1960 | TX | Western District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 118. | Cardenas Guzman, Elsa, ind., and o/b/o Ruben F. Puente (d) | | TX | Western District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 119. | Ryken, Victor Van (D) | 8/8/1931 | NY | Eastern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 120. | Stearns, Mary Lynn, ind., and o/b/o Victor Van Ryken (d) | | NY | Eastern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 121. | Salazar, Belen (D) | 5/3/1955 | TX | Southern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 122. | Leticia Salazar, ind., and o/b/o Belen Salazar (d) | | TX | Southern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 123. | Sampson, Keith | 2/8/1960 | AZ | District of Arizona | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Santillo, LuAnn (D) | 3/9/1954 | PA | Western District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Moore, Megan, ind., and o/b/o LuAnn Santillo (d) | | PA | Western District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 126. | Simon, Michael (D) | 3/9/1969 | OK | Eastern District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 127. | Simon, Kathy, ind., and o/b/o Michael Simon (d) | | OK | Eastern District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 128. | Stafford, Donald Allen (D) | 3/28/1953 | NC | Middle District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 129. | Stafford, Bonnie, ind., and o/b/o Donald Allen Stafford (d) | | NC | Middle District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 130. | Suggs, Arbedella (D) | 8/12/1946 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 131. | Suggs, Kelvin, ind., and o/b/o Arbedella Suggs (d) | | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 132. | Swanson, Carol Jean (D) | 5/2/1939 | TX | Southern District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 133. | Dunlap, Tami, ind., and o/b/o Carol Jean Swanson (d) | | TX | Southern District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Swiggard, Julia (D) | 2/1/1939 | NC | Eastern District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 135. | Page, Cheryl, ind., and o/b/o Julia Swiggard (d) | | NC | Eastern District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 136. | Thompson, Virginia Lee (D) | 4/1/1940 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 137. | Quintana, Linda, ind., and o/b/o Virginia Lee Thompson (d) | | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 138. | Traylor, Kenya | 4/11/1975 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Vines, George (D) | 3/14/1941 | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 140. | Vines, Danny, ind., and o/b/o George Vines (d) | | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 141. | Whaley, Ivan (D) | 3/31/1971 | WV | Northern District of West Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 142. | Whaley, Tammy, ind., and o/b/o Ivan Whaley (d) | | WV | Northern District of West Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Williams, Kay R. (D) | 8/5/1952 | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 144. | Sanders, Amelia, ind., and o/b/o Kay R. Williams (d) | | MS | Southern District of Mississippi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 145. | Wynn, Joseph Wayne (D) | 11/8/1942 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 146. | Wynn, Nevin, ind., and o/b/o Joseph Wayne Wynn (d) | | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 147. | Yancheski, Keith M. (D) | 1/22/1963 | WV | Southern District of West Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 148. | Yancheski, Sandra, ind., and o/b/o Keith M. Yancheski (d) | | WV | Southern District of West Virginia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 149. | Ziebell, Thomas Edward | 12/30/1961 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150. | Zweben, Jeff | 12/11/1947 | MA | District of Massachusetts | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |